HATTIE A. THAYER, Appellant, *v.* FRANK T. SNYDER, Respondent.

*Thayer* v. *Snyder*, 151 App. Div. 948, affirmed.
(Argued March 16, 1914; decided March 31, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 26, 1912, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for an alleged trespass and conversion.

*Walter E. Ward* for appellant.

*Jacob L. Ten Eyck* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, MILLER and CARDOZO, JJ.